IN RE: RONNIE ODOM WEBB, III

No. 579A84

(Filed 2 April 1985)

APPEAL under N.C.G.S. § 7A-30(2) by respondent appellant parents from the decision of the Court of Appeals, 70 N.C. App. 345, 320 S.E. 2d 306 (1984), affirming an order terminating their parental rights entered on 31 January 1983 by *Judge William H. Bennett, Jr.*, in District Court, MECKLENBURG County. Heard in the Supreme Court 12 March 1985.

*Ruff, Bond, Cobb, Wade & McNair, by Robert S. Adden, Jr., and William H. McNair, with Guardian ad Litem Ellis M. Bragg joining on the brief; for petitioner appellee Mecklenburg County Department of Social Services.*

*Gillespie & Lesesne, by Donald S. Gillespie, Jr., for respondent appellant Ronnie Odom Webb, Jr.*

*Edward G. Connett, for respondent appellant Mona F. Webb.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.